ghan's 1916 St. Supp. ¶¶ 5475(1), 5475(2)], by an employer of an election not to be bound by the act, and the posting of the notice therein required, are separate and independent acts, each of which must be proven, proof of one not being an admission or proof of the performance of the other.

3. WORKMEN'S COMPENSATION ACT, § 2*—*when timely rejection of act for forthcoming year not shown.* Proof of the receipt by the Industrial Board less than 60 days before the expiration of the calendar year of an employer's notice of its rejection of the Workmen's Compensation for the forthcoming year is not sufficient to show the filing of the election to reject provided for in section 1 of the Act of 1913 [Callaghan's 1916 St. Supp. ¶ 5475(1)], even though it is shown that the notice was mailed more than 60 days before the expiration of the year, but to a wrong address.

---

## Julius Thomas, Appellee, v. John Howatt, Appellant.

### Gen. No. 23,744.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 29, 1918.

### Statement of the Case.

Action by Julius Thomas, plaintiff, against John Howatt, defendant, to recover damages for personal injuries received through collision with defendant's automobile. From a judgment for plaintiff for $750, defendant appeals.

MACCHESNEY, BECKER, ANGERSTEIN & ROLLO, for appellant; NATHAN WILLIAM MACCHESNEY, THOMAS C. ANGERSTEIN, ROBERT P. ROLLO and GEORGE W. ANGERSTEIN, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

THOMAS B. LANTRY, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

AUTOMOBILES AND GARAGES, § 3*—*when verdict for plaintiff for injuries received in collision of motorcycle with automobile not disturbed.* In an action to recover for personal injuries alleged to have been received through defendant's negligence in driving his automobile, whereby he caused it to collide with plaintiff who was riding a motorcycle, where the evidence, though conflicting, is sufficient to support a verdict for plaintiff, a judgment in his favor will not be disturbed.

---

**Abe Sackim, Appellee, v. Emil J. Krimsky, Appellant.**

**Gen. No. 23,771.　(Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. NELS A. LARSON, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 29, 1918.

## Statement of the Case.

Action by Abe Sackim, plaintiff, against Emil J. Krimsky, defendant, to recover on a guaranty for the payment of rent and performance of the covenants of a lease. From a judgment for plaintiff, defendant appeals.

M. E. GALLION, for appellant.

HOWE & LEVY, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.